# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Florence Mussat

                              Plaintiff,

v.                                                                    Case No.: 1:13–cv–07848

                                                                            Honorable James B. Zagel

Northern VA Compounders PLLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2014:

       MINUTE entry before the Honorable James B. Zagel: In court hearing held. Plaintiff's oral motion to withdraw the Notice of Voluntary Dismissal [33] is granted. The matter is dismissed without prejudice with respect to the putative class members and dismissed with prejudice with respect to the named plaintiff. The Court will retain jurisdiction of this matter until 6/7/14. All pending motions are deemed moot. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.